IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 11-72 |
| | ) | |
| JAMES E. TRONSBERG. | ) | |

PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST JAMES E. TRONSBERG

AND NOW, this **31** day of **Oct**, 2012, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture Against James E. Tronsberg it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of James E. Tronsberg in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): a Dell Inspiron lap top and Verizon LG cell phone.

2. This Order of Forfeiture Against James E. Tronsberg will be made part of the criminal judgment against James E. Tronsberg and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____
United States District Court Judge